January 8, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

TREY MELCHER AND YVONNE EVIE MELCHER, TRUSTEES OF THE
EVIE MELCHER NON-EXEMPT TRUST, THE EVIE MELCHER EXEMPT
TRUST AS PARTNER OF MELCHER INVESTMENTS GENERAL
PARTNERSHIP AND S.K. BROTHERS, INC, Appellant

NO. 14-12-00865-CV                           V.

HARRIS COUNTY AND  THE STATE OF TEXAS, ACTING  BY AND
THROUGH THE TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,
Appellee
_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on September 17, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.